IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASSANDRA SAMPSON                          )
    Plaintiff,                            )
                                          )    CIVIL ACTION NO.
v.                                         )    06-10973 DPW
                                          )
BETH ISRAEL DEACONESS MEDICAL CENTER,      )
and Dr. KELLY CORRIGAN                      )
    Defendants.                           )

### ORDER ENTERING SETTLEMENT AGREEMENT OF PARTIES

1. Pursuant to the Joint Motion of the Parties (Docket **126**), the Court approves and enters the Settlement Agreement in this matter.

2. Pursuant to the Settlement Agreement, the Court retains jurisdiction to enforce the terms of the Settlement Agreement for two years from the date below, subject to extension for substantial noncompliance. If no motion is filed suggesting substantial non-compliance, this matter will be automatically dismissed at that time.

3. Pursuant to the Joint Motion of the Parties, the Court impounds the Settlement Agreement until further order of the court.

ENTERED THIS **10th** day of March, 2009.

United States District Court Judge

